UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| D.Z.J., a minor by her mother ANIKA J. STONE, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Cause No. 1:14-cv-904-WTL-TAB |
| CAROLYN W. COLVIN, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

## JUDGMENT

The Court having this day made its Entry, **IT IS THEREFORE ADJUDGED** that the decision of the Commissioner is **AFFIRMED**.

SO ORDERED: 5/13/15

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic communication